LOUISE HORSTKOTTER, Respondent, *v.* SYRACUSE AND SUBURBAN RAILROAD COMPANY, Appellant.

*Horstkotter* v. *Syracuse & Suburban R. R. Co.*, 121 App. Div. 931, affirmed.
(Argued February 17, 1909; decided March 5, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1907, which affirmed a judgment of the Onondaga County Court affirming a judgment of the Municipal Court of the city of Syracuse in favor of plaintiff, entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Louis L. Waters* for appellant.

*Frank J. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J.